UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE NIELSEN and SUSAN NEILSEN,

    Plaintiffs,

v.                                              CASE NO: 8:06-cv-53-T-26EAJ

LEXINGTON INSURANCE COMPANY,

    Defendant.
    _____/

**O R D E R**

    Before the Court is Defendant's Motion to Compel Interrogatory Responses and Associated Attorneys' Fees.  According to Defendant's submissions, Plaintiff's responses are one month overdue and efforts to secure responses through correspondence and telephone calls to Plaintiffs' counsel have proved futile.  Although the Court realizes that Plaintiffs have not yet responded, the Court cannot understand why the responses have not been forthcoming.  Having reviewed Plaintiffs' complaint, Defendant's interrogatories are certainly appropriate and non-objectionable.  Consequently, the motion is due to be granted, with the exception that the Court will decline to award attorneys' fees at this juncture.

    Accordingly, it is ordered and adjudged as follows:

    1) The Motion to Compel Interrogatory Responses (Dkt. 12) is granted.

2) Plaintiffs shall serve their responses on or before October 11, 2006.

3) Defendant's Motion for Associated Attorneys' Fees (Dkt. 12) is denied without prejudice to being renewed in the event Plaintiff fails to abide by the directives of this order thus compelling Defendant to renew its motion.

**DONE AND ORDERED** at Tampa, Florida, on October 6, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record