UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE NEILSON and SUSAN NIELSON,

    Plaintiffs,
v.                                                  CASE NO: 8:06-cv-53-T-26EAJ

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Summary Judgment (Dkt. 23) and Memorandum of Law (Dkt. 24) are stricken for failure to comply with paragraph 6(b) of the Court's summary judgment procedures set forth in the Court's Case Management and Scheduling Order entered March 2, 2006.[1] Furthermore, Defendant's filing of a separate motion and memorandum violates newly revised Local Rule 3.01(a) which provides for the filing of a single document. The Clerk is directed to terminate the motion from pending status.

**DONE AND ORDERED** at Tampa, Florida, on December 1, 2006.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record

---

[1] See docket 7.